UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY, and ) <br> DEPOSITORS INSURANCE COMPANY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VAN LANINGHAM AND ASSOCIATES, PLLC, ) <br> and ROBERT BRADLEY VAN LANGINGHAM, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:20-CV-553-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court grants plaintiffs' motion for summary judgment [D.E. 20]. Plaintiffs need not defend or indemnify defendants. Plaintiffs may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on July 18, 2022, and Copies To:**

| | |
|---|---|
| David S. Coats | (via CM/ECF electronic notification) |
| Daniel J. Cunningham | (via CM/ECF electronic notification) |
| David S. Wisz | (via CM/ECF electronic notification) |
| Richard Leonard Pinto | (via CM/ECF electronic notification) |

DATE:  
July 18, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
        Deputy Clerk